IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 1 2 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 04-cv-02126-ZLW

MR. SIMME ABDUL AZIZ, a.k.a. OBRIAN DAILY,

   Applicant,

v.

JOE ORTIZ,
BILL OWENS, Governor,
COLO. PAROLE BOARD, and
MR. KEN SALAZAR, Attorney General of the State of Colorado,

   Respondents.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

   Applicant's "Motion to Amend Petition Upon Receipt of Related Documents Case #04-cv-2126" filed on June 8, 2006, is DENIED.

Dated: June 12, 2006

Copies of this Minute Order mailed on June 12, 2006, to the following:

Simme Abdul Aziz, a/k/a O'brian Daily
Prisoner No. 113190
Denver County Jail
P.O. Box 1108
Denver, CO 80201

_____
Secretary/Deputy Clerk